The PEOPLE of the State of Colorado, In the Interest of J.H., A Child,

Upon the Petition of Department of Social Services, Petitioner,

And Concerning J.H. and M.H., Respondents.

No. 89SC140.

Supreme Court of Colorado, En Banc.

Aug. 21, 1989.

Petition for Writ of Certiorari DENIED.

Ronald H. RILEY and Phyllis A. Riley, d/b/a Mag–Russ Corporation, Petitioner,

v.

John H. McCOY d/b/a Dr. John's, Respondent.

No. 89SC145.

Supreme Court of Colorado, En Banc.

Aug. 21, 1989.

Petition for Writ of Certiorari DENIED.

Luis Eloy GUEVARA, Petitioner,

v.

The PEOPLE of the State of Colorado, Respondent.

No. 89SC321.

Supreme Court of Colorado, En Banc.

Sept. 5, 1989.

Petition for Writ of Certiorari DENIED.

Barbara A. EVERETT, Petitioner,

v.

Scott L. KING and Carolyn C. King, Respondents.

No. 89SC364.

Supreme Court of Colorado, En Banc.

Sept. 5, 1989.

Petition for Writ of Certiorari DENIED.

Justice ROVIRA would grant on the following issue:

Whether the court of appeals erred in finding that the trial court's award of exemplary damages in a breach of contract action was an erroneous judgment rather than a void judgment.